United States District Court
Southern District of Texas

**ENTERED**
March 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| GAIL M. GILLESPIE, AUDREY F. GILLESPIE, DARYL GILLESPIE, AND DELORES FOSTER, §§§§§§§§§§§§ | |
| Plaintiffs, | |
| vs. | Case No. 4:14-cv-00279 |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

### ORDER FOR DISMISSAL OF COUNTERCLAIMS

On this day, the Court considered DLJ Mortgage Capital, Inc.'s Motion to Dismiss and For Entry of Judgment. The Court believes that the Motion to Dismiss has merit and should be granted. It is therefore

ORDERED that DLJ Mortgage Capital's counterclaims for breach of warranty, breach of the covenant of seisin, and declaratory judgment are dismissed without prejudice.

SIGNED THIS \_\_\_\_\_ DAY OF \_\_\_MAR 1 5 2016\_\_\_ 2016.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

F:\MCDANIEL\Documents\Open Client Files\2128\Order for Dismissal of Counterclaims.docx